of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Solicitor General Beck, Mr. Blackburn Esterline, Mr. W. H. Fuller, Mr. Adrien F. Busick* and *Mr. Eugene W. Burr* for petitioner. No brief filed for respondent.

---

No. 652. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* L. N. DANTZLER LUMBER COMPANY. January 3, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi granted. *Mr. Carl Fox* and *Mr. R. C. Beckett* for petitioner. No appearance for respondent.

---

No. 648. WABASH RAILWAY COMPANY *v.* MILES ELLIOTT. January 16, 1922. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri granted. *Mr. Frederic D. McKenney* and *Mr. N. S. Brown* for petitioner. *Mr. William Buchholz, Mr. I. B. Kimbrell* and *Mr. Martin J. O'Donnell* for respondent.

---

No. 676. CROWN DIE & TOOL COMPANY *v.* NYE TOOL & MACHINE WORKS. January 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Florence King* for petitioner. *Mr. W. H. Dyrenforth* and *Mr. George A. Chritton* for respondent.

---

No. 674. CONCRETE STEEL COMPANY *v.* GEORGE E. VANDENBURG. January 30, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Thomas J. Johnston* and *Mr. L. E. Varney* for petitioner. *Mr. Carlos P. Griffin, Mr. O.*